**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jeffrey Wayne STURGIS, Defendant–Appellant.**

**No. 00–6234.**

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 14, 2000.

Decided Jan. 9, 2001.

Jeffrey Wayne Sturgis, pro se.

Before WIDENER, WILKINS, and TRAXLER, Circuit Judges.

PER CURIAM.

Jeffrey Wayne Sturgis seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000) and denying his motion for reconsideration. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Sturgis*, No. CR–93–373–A (E.D. Va. Nov. 24 & Dec. 20, 1999).* We also deny Sturgis'

---

* Although the district court's order denying the § 2255 motion is marked as "filed" on November 23, 1999, the district court's records show that it was entered on the docket sheet on November 24, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. *See*

motion to have a copy of a transcript prepared at government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

*Wilson v. Murray,* 806 F.2d 1232, 1234–35 (4th Cir.1986).